UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 07 B 00202
    DANIEL R HOVING
                                      CHAPTER 13

                                      JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-0972
```

--------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/05/07 and confirmed on 05/03/07.

    2.  The case was dismissed after confirmation, 11/02/2007.

    3.  The Debtor paid a total of $  9600.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| POPULAR MORTGAGE SRV INC | CURRENT MORTG | .00 | .00 | .00 |
| POPULAR MORTGAGE SRV INC | MORTGAGE ARRE | 2025.95 | .00 | 2025.95 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 20925.00 | 630.78 | 3195.88 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| ATG CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8994.76 | .00 | 698.88 |
| B LINE LLC | UNSECURED | 3795.70 | .00 | 294.92 |
| DUPAGE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| INVESTMENT REC SRVS | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| M&M ORTHOPEDICS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 458.55 | .00 | 29.89 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| PEDIATRIC HEALTH ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |

--------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| ST CLARE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| TRS RECOVERY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSITY OF ILLINOIS M | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 7723.60 | .00 | 600.11 |

            Summary of disbursements:

```
------------------------------------------------------------------------
                 SECURED    PRIORITY   UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  22950.95       .00    20972.61        .00    43923.56
PRINCIPAL PAID       5221.83       .00     1623.80        .00     6845.63
INTEREST PAID         630.78       .00         .00        .00      630.78
TOTAL PAID           5852.61       .00     1623.80        .00     7476.41
```

The Debtor's attorney, THOMAS R HITCHCOCK          , was allowed $   2500.00
and was paid $    656.00  direct and $   1844.00   through the plan.

The Trustee received $    279.59 .

Refunds to the Debtor totaled $          .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/11/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 00202 DANIEL R HOVING